# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ARAIZA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CITY OF SAN DIEGO, KELENE MUNRO, et al.,<br><br>　　　　Defendants. | CASE NO. 07 CV 1921 JM (WMc)<br><br>**ORDER DEEMING MOTION TO DISMISS WITHDRAWN, GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**(Doc. No. 8)** |

　　　　Pursuant to the parties' joint motion and the February 8, 2008 hearing on Defendants' motion to dismiss, the court hereby deems Defendants' motion to dismiss (Doc. no. 8) to have been withdrawn, and grants Plaintiff leave to file a second amended complaint no later than February 29, 2008.

　　　　**IT IS SO ORDERED.**

DATED: February 13, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties