# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ARAIZA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CITY OF SAN DIEGO, KELENE MUNRO, et al.,<br><br>　　　　　Defendants. | CASE NO. 07 CV 1921 JM (WMc)<br><br>**ORDER DEEMING MOTION FOR A CONCISE STATEMENT WITHDRAWN, GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>**(Doc. No. 17)** |

Pursuant to the parties' joint motion (Doc. no. 18), the court hereby deems Defendants' motion for a concise statement (Doc. no. 17) to have been withdrawn, and grants Plaintiff leave to file a third amended complaint no later than April 18, 2008.

**IT IS SO ORDERED.**

DATED: April 7, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties