# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ARAIZA,<br><br>                           Plaintiff,<br>  vs.<br><br>CITY OF SAN DIEGO, KELENE MUNRO, et al.,<br><br>                          Defendants. | CASE NO. 07 CV 1921 JM (WMc)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT** |

      Pursuant to the parties' joint motion and for good cause shown, the court hereby **GRANTS** the parties' joint motion for leave to file a fourth amended complaint and that no additional answer will be filed by Defendants. The parties attached the fourth amended complaint to their joint motion. Furthermore, the court deems the answer filed by Defendants to be the answer to the fourth amended complaint.

      **IT IS SO ORDERED.**

DATED: July 28, 2008

                                                    Hon. Jeffrey T. Miller
                                                    United States District Judge

cc:        All parties