# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ARAIZA,<br><br>                  Plaintiff,<br>  vs.<br><br>CITY OF SAN DIEGO, KELENE MUNRO, et al.,<br><br>                  Defendants. | CASE NO. 07 CV 1921 JM (WMc)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT** |

      Pursuant to the parties' joint motion and for good cause shown, the court hereby **GRANTS** the parties' joint motion for leave to file a fifth amended complaint. The parties attached the fifth amended complaint to their joint motion. Furthermore, Defendants shall respond to the fifth amended complaint as provided in Federal Rule of Civil Procedure 15(a)(3).

      **IT IS SO ORDERED.**

DATED: August 12, 2008

                                                      Hon. Jeffrey T. Miller<br>
                                                    United States District Judge

cc:      All parties