# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ARAIZA,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY OF SAN DIEGO and KELENE MUNRO,<br><br>           Defendants. | CASE NO. 07 CV 1921 JM (WMc)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Doc. Nos. 43 and 45 |

Pursuant to the joint motion of the parties (Doc. No. 43, amended by Doc. No. 45), the motion for summary judgment or, in the alternative, partial summary judgment set for hearing on January 9, 2009 at 1:30 p.m. is continued and re-set for hearing on **February 20, 2009 at 1:30 p.m.**

**IT IS SO ORDERED.**

DATED: December 8, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge