# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ARAIZA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SAN DIEGO and KELENE MUNRO,<br><br>　　　　　　Defendants. | CASE NO. 07 CV 1921 JM (WMc)<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE HEARING DATE OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Doc. No. 50 |

　　　Plaintiff initiated this action under 42 U.S.C. § 1983 on October 1, 2007. Defendants filed a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment on November 21, 2008. (Doc. No. 41.) The date set for hearing on this matter was continued to February 20, 2009 following the parties' joint stipulation. (Doc. No. 46.) Pending before the court is the parties' second request to continue the hearing date. However, the parties have presented no circumstances to the court which would warrant a finding of good cause. Fed. R. Civ. P. 6(b). Therefore, the joint motion to continue the hearing date (Doc. No. 50) is **DENIED** without prejudice.

　　　**IT IS SO ORDERED.**

DATED: February 5, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge