# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ARAIZA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>CITY OF SAN DIEGO, KELENE MUNRO, and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 07 CV 1921 JM (WMc)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>Doc. No. 52 |

The parties having so stipulated, it is **ORDERED** that the Fifth Amended Complaint for Damages, filed August 11, 2008 (Doc. No. 31-2), be dismissed in its entirety as to Defendant City of San Diego only. Both Plaintiff and Defendant City of San Diego are to bear their own attorneys' fees and costs incurred.

**IT IS SO ORDERED.**

DATED: February 6, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge