# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ARAIZA,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>CITY OF SAN DIEGO, KELENE MUNRO, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 07 CV 1921 JM (WMc)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Doc. No. 57 |

Upon consideration of the parties' joint motion to dismiss, **IT IS HEREBY ORDERED** that the parties' motion is GRANTED and the entire action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs in this action. All calendar dates are hereby **VACATED**. The Clerk of Court is instructed to close the case file.

**IT IS SO ORDERED.**

DATED: February 13, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge